IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>CRAIG S. LAX,<br><br>         Defendant. | Case No. 2:15-cv-01079 |

## [~~PROPOSED~~] ORDER FOR ENTRY OF FINAL JUDGMENT
## AS TO DEFENDANT CRAIG S. LAX

For the reasons stated in the Securities and Exchange Commission's Amended Consent Motion for Entry of Final Judgment as to Defendant Craig S. Lax and for good cause shown, **IT IS ORDERED, ADJUDGED, AND DECREED** that the Court's March 11, 2015 Judgment shall be converted to the Court's Final Judgment in this action

Dated: 20 June, 2019

SO ORDERED:

_____
Hon. William H. Walls
United States District Judge

1